# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 16-08105-AB (PJWx) | Date: | January 30, 2017 |

Title: *Angela Rwomwijhu v. SMX, LLC, et al.*

---

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Ingrid Valdes | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| William Bradford Richards, Jr. | Amelia D Winchester-Telephonic |
| | John S Battenfeld |

**Proceedings:**   PLAINTIFF'S MOTION TO REMAND CASE [10]

   The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

   The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.